1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**EXHIBIT 1**



**Figure 1:** Product 1.



**Figure 2:** Product 1.



**Figure 3:** Product 1.



**Figure 4:** Product 1.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**EXHIBIT 2**



**Figure 1:** Product 2.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**EXHIBIT 3**



**Figure 1:** Product 3.



**Figure 2:** Product 3.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 3:** Product 3.




**Figure 4:** Product 3.

**EXHIBIT 4**



**Figure 1:** Product 4.



**Figure 2:** Product 4.



**Figure 3:** Product 4.



**Figure 4:** Product 4.

1
2
3
4
5
6
7
8
9
10
11
12



**Figure 5:** Product 4.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 6:** Product 4.



**Figure 7:** Product 4.

**EXHIBIT 5**



**Figure 1:** Product 5.



**Figure 2:** Product 5.

1
2
3
4
5
6
7
8
9
10
11
12



**Figure 3:** Product 5.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 4:** Product 5.

1
2
3
4
5
6
7
8
9
10
11
12



13   **Figure 5:** Product 5.
14
15
16
17
18
19
20
21
22
23
24
25
26
27   **Figure 6:** Product 6.

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Figure 7:** Product 6.

**Figure 8:** Product 6.

1
2
3
4
5
6
7
8
9
10
11
12



**Figure 9:** Product 6.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Figure 10:** Product 6.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 11:** Product 6.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**EXHIBIT 6**



**Figure 1:** Product 7.



**Figure 2:** Product 7.



**Figure 3:** Product 7.



**Figure 4:** Product 7.

1

**EXHIBIT 7**

2

3

4

5

6

7

8

9

10

11

12

13



14

**Figure 1:** Product 8.

15

16

17

18

19

20

21



22

23

24

25

26

27

**Figure 2:** Product 8.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 3:** Product 8.



**Figure 4:** Product 8.

1
2
3
4
5
6
7
8
9
10
11
12



**Figure 5:** Product 8.

13
14
15
16
17
18
19
20
21
22
23
24
25
26



**Figure 6:** Product 8.

27

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 7:** Product 8.

**EXHIBIT 8**



**Figure 1:** Product 9.



**Figure 2:** Product 9.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 3:** Product 9.

**Figure 4:** Product 9.



**Figure 5:** Product 9.



**Figure 6:** Product 9.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 7:** Product 9.

**EXHIBIT 9**



**Figure 1:** Product 10.



**Figure 2:** Product 10.

1
2
3
4
5
6
7
8
9
10
11
12



**Figure 3:** Product 10.

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Figure 4:** Product 10.



**Figure 5:** Product 10.



**Figure 6:** Product 10.