



**Figure 7:** Product 10.

1

**EXHIBIT 10**

2

3

4

5

6

7

8

9

10

11

12

13



14

**Figure 1:** Product 11.

15

16

17

18

19

20

21

22

23



24

25

26

27

**Figure 2:** Product 11.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 3:** Product 11.

**Figure 4:** Product 11.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Figure 5:** Product 11.

**EXHIBIT 11**



**Figure 1:** Product 12.



**Figure 2:** Product 12.



**Figure 3:** Product 12.



**Figure 4:** Product 12.

**Figure 5:** Product 12.

**EXHIBIT 12**



**Figure 1:** Product 13.



**Figure 2:** Product 13.



**Figure 3:** Product 13.



**Figure 4:** Product 13.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Figure 5:** Product 13.

A silicone band wraps around two polycarbonate parts to hold credit cards and ID Cards in the middle. The band also acts as a money clip and holds cash on the outside. You can also hold your cash on the inside for more protection. The wallet is designed to hold 4-10 cards comfortably.

BIG & HEAVY                SLIM & SLEEK

**Figure 6:** Product 13.

1
2
3
4
5
6
7
8
9
10
11
12
13



**Figure 7:** Product 13.

14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Figure 8:** Product 14.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**Figure 9:** Product 14.

**Figure 10:** Product 14.

1
2
3
4
5
6
7
8
9
10
11
12



13    **Figure 11:** Product 14.

14
15
16
17
18
19
20
21
22
23
24
25
26
27    **Figure 12:** Product 14.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27



**BIG & HEAVY**          **SLIM & SLEEK**

**Figure 13:** Product 14.



US00D768382S

(12) **United States Design Patent**     (10) Patent No.:     **US D768,382 S**
Wu                                        (45) Date of Patent:     ** **Oct. 11, 2016**

(54) **WALLET**

(71) Applicant: **Arthur Wu**, North Hollywood, CA (US)

(72) Inventor: **Arthur Wu**, North Hollywood, CA (US)

(73) Assignee: **Arthur Wu**, North Hollywood, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: 29/545,205

(22) Filed: **Nov. 10, 2015**

(51) **LOC (10) Cl.** ............................................... **03-01**

(52) **U.S. Cl.**
USPC ........................................................ **D3/247**

(58) **Field of Classification Search**
USPC ......... D2/861; D3/20, 203.6, 205, 206, 208,
D3/226, 232, 245, 247–253, 303, 324;
D11/78.1; D14/250; D19/3, 27, 75, 86,
D19/91, 102
CPC .............. A45C 1/06; A45C 3/08; B68F 1/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D527,898 S | * | 9/2006 | Tavone | D3/247 |
| D553,354 S | * | 10/2007 | Kohler | D3/247 |
| D574,614 S | * | 8/2008 | Sanders | D3/247 |
| D584,049 S | * | 1/2009 | Uzelac | D3/247 |
| D590,151 S | * | 4/2009 | Karobkina | D3/247 |
| D611,249 S | * | 3/2010 | Uzelac | D3/247 |
| D616,295 S | * | 5/2010 | Britt | D19/9 |
| D620,252 S | * | 7/2010 | Keels | D3/247 |
| D622,958 S | * | 9/2010 | Moore | D3/247 |
| D628,796 S | * | 12/2010 | Uzelac | D3/247 |
| D632,076 S | * | 2/2011 | Westrick | D3/247 |
| D638,624 S | * | 5/2011 | Lyons | D3/247 |
| D650,581 S | * | 12/2011 | Wallace | D3/247 |
| D687,630 S | * | 8/2013 | Warner | D3/247 |
| D690,931 S | * | 10/2013 | Minn | D3/247 |
| D694,007 S | * | 11/2013 | D'Amore | D3/247 |
| D706,536 S | * | 6/2014 | Nikosey | D3/247 |
| D713,143 S | * | 9/2014 | Ashley | D3/247 |
| D716,043 S | * | 10/2014 | Wilk | D3/247 |
| D718,525 S | * | 12/2014 | Kim | D3/247 |
| D723,798 S | * | 3/2015 | Sha | D3/247 |
| D724,840 S | * | 3/2015 | Fridstrom | D3/247 |
| D724,841 S | * | 3/2015 | Schneider | D3/247 |
| 2005/0279435 A1 | * | 12/2005 | Coates | A45C 11/182 150/147 |

OTHER PUBLICATIONS

Elephant Wallet—downloaded on Mar. 6, 2016 from www.elephantwallet.com.
Humn Wallet—downloaded on Mar. 6, 2016 from www.humnwallet.com.
Ridge Wallet—downloaded on Mar. 6, 2016 from www.ridgewallet.com/.
Asset Wallet—downloaded on Mar. 6, 2016 from www.kickstarter.com/projects/princesation/asset-the-modern-wallet-with-nfc-technology.
Cardstack Wallet—downloaded on Mar. 6, 2016 from http://cardstack.co.

(Continued)

*Primary Examiner* — Susan E Krakower
*Assistant Examiner* — Lisa A Grabenstetter

(57) **CLAIM**
The ornamental design for a wallet, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a wallet, showing my new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a top plan view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a front view thereof; and,
FIG. **7** is a back view thereof.
The broken lines are included to show unclaimed portions of the design.

**1 Claim, 6 Drawing Sheets**





## US D768,382 S

Page 2

(56)            **References Cited**

OTHER PUBLICATIONS

Obstructures Wallet—downloaded from Mar. 6, 2016 from http://
obstructures.org/work/thing/18/wallet-aluminum-plate.

Silverback Wallet—downloaded from Mar. 6, 2016 from www.
amazon.com/dp/B00PN2B9TG/?tag=slimwallet-20.
Minimo Wallet—downloaded from Mar. 6, 2016 from www.
minimostore.com.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



FIG. 6



FIG. 7



US00D768383S

(12) **United States Design Patent** (10) Patent No.: **US D768,383 S**
Wu  (45) **Date of Patent:** ** Oct. 11, 2016

| | | | |
|---|---|---|---|
| D694,007 S | * | 11/2013 | D'Amore ........................ D3/247 |
| D706,536 S | * | 6/2014 | Nikosey ........................ D3/247 |
| D713,143 S | * | 9/2014 | Ashley ........................ D3/247 |
| D716,043 S | * | 10/2014 | Wilk ........................ D3/247 |
| D718,525 S | * | 12/2014 | Kim ........................ D3/247 |
| D723,798 S | * | 3/2015 | Sha ........................ D3/247 |
| D724,840 S | * | 3/2015 | Fridstrom ........................ D3/247 |
| D724,841 S | * | 3/2015 | Schneider ........................ D3/247 |
| 2005/0279435 A1 | * | 12/2005 | Coates ................ A45C 11/182 |
| | | | 150/147 |

(54) **WALLET**

(71) Applicant: **Arthur Wu**, North Hollywood, CA (US)

(72) Inventor: **Arthur Wu**, North Hollywood, CA (US)

(73) Assignee: **Arthur Wu**, North Hollywood, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/545,206**

(22) Filed: **Nov. 10, 2015**

(51) LOC (10) Cl. ............................................... **03-01**
(52) **U.S. Cl.**
USPC ........................................................... **D3/247**
(58) **Field of Classification Search**
USPC ......... D2/861; D3/20, 203.6, 205, 206, 208,
D3/226, 232, 245, 247–253, 303, 324;
D11/78.1; D14/250; D19/3, 27, 75, 86,
D19/91, 102
CPC .............. A45C 1/06; A45C 3/08; B68F 1/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D527,898 S | * | 9/2006 | Tavone ........................ D3/247 |
| D553,354 S | * | 10/2007 | Kohler ........................ D3/247 |
| D574,614 S | * | 8/2008 | Sanders ........................ D3/247 |
| D584,049 S | * | 1/2009 | Uzelac ........................ D3/247 |
| D590,151 S | * | 4/2009 | Karobkina ........................ D3/247 |
| D611,249 S | * | 3/2010 | Uzelac ........................ D3/247 |
| D616,295 S | * | 5/2010 | Britt ........................ D19/9 |
| D620,252 S | * | 7/2010 | Keels ........................ D3/247 |
| D622,958 S | * | 9/2010 | Moore ........................ D3/247 |
| D628,796 S | * | 12/2010 | Uzelac ........................ D3/247 |
| D632,076 S | * | 2/2011 | Westrick ........................ D3/247 |
| D638,624 S | * | 5/2011 | Lyons ........................ D3/247 |
| D650,581 S | * | 12/2011 | Wallace ........................ D3/247 |
| D687,630 S | * | 8/2013 | Warner ........................ D3/247 |
| D690,931 S | * | 10/2013 | Minn ........................ D3/247 |

OTHER PUBLICATIONS

Elephant Wallet—downloaded on Mar. 6, 2016 from www.elephantwallet.com.
Humm Wallet—downloaded on Mar. 6, 2016 from www.humnwallet.com.
Ridge Wallet—downloaded on Mar. 6, 2016 from www.ridgewallet.com/.
Asset Wallet—downloaded on Mar. 6, 2016 from www.kickstarter.com/projects/princesation/asset-the-modem-wallet-with-nfc-technology.
Cardstack Wallet—downloaded on Mar. 6, 2016 from http://cardstack.co.

(Continued)

*Primary Examiner* — Susan E Krakower
*Assistant Examiner* — Lisa A Grabenstetter

(57) **CLAIM**
The ornamental design for a wallet, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a wallet, showing my new design;
FIG. **2** is a bottom plan view thereof;
FIG. **3** is a top plan view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a front view thereof; and,
FIG. **7** is a back view thereof.
The broken lines are included to show unclaimed portions of the design.

**1 Claim, 6 Drawing Sheets**



## US D768,383 S

Page 2

(56)         **References Cited**

OTHER PUBLICATIONS

Obstructures Wallet—downloaded from Mar. 6, 2016 from http://
obstructures.org/work/thing/18/wallet-aluminum-plate.

Silverback Wallet—downloaded from Mar. 6, 2016 from www.
amazon.com/dp/B00PN2B9TG/?tag=slimwallet-20.
Minimo Wallet—downloaded from Mar. 6, 2016 from www.
minimostore.com.

* cited by examiner



FIG. 1



FIG. 2

Case 2:17-cv-04754-GAM   Document 1-2   Filed 10/16/17   Page 27 of 30



**FIG. 3**



FIG. 4

FIG. 5



FIG. 6



FIG. 7